1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6  Attorneys for Mr. Ramirez-Garcia
7
8                    UNITED STATES DISTRICT COURT
9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         )   Case No. 08mj8225
                                     )
12          Plaintiff,                )
                                     )
13 v.                                )
                                     )   **NOTICE OF APPEARANCE**
14 **MARCOS DANIEL RAMIREZ-GARCIA,** )
                                     )
15          Defendant.                )
                                     )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
in the above-captioned case.
19
20                                         Respectfully submitted,

Dated: March 17, 2008                       s/ *Michelle Betancourt*
21                                          **MICHELLE BETANCOURT**
                                            Federal Defenders of San Diego, Inc.
22                                          Attorneys for Defendant
                                            michelle_betancourt@fd.org
23
24
25
26
27
28