MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  ESQUIVIAS-CASTILLO              No.  08MJ8225

HON.  PETER C. LEWIS            Tape No.  PCL08-1:11-57-12:02         (5 mins)

Asst. U.S. Attorney   SABRINA FEVE        PTSO

|  |  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | MICHELLE BETANCOURT FD | X | Apt | ___ Ret | for | MARCOS DANIEL RAMIREZ-GARCIA | (2) | (C) |

PROCEEDINGS:     ___ In Chambers   X  In Court   ___ By Telephone

Preliminary Hearing as to MARCOS DANIEL RAMIREZ-GARCIA (2) - Not held.

Gov't Oral Motion to Dismiss Without Prejudice as to MARCOS DANIEL RAMIREZ-GARCIA (2) - Granted.

Abstract issued to U.S.M.

Date      3/27/08                              Maria J. Mirabella for Teresa Romero
                                                          Deputy's Initials